**Opinion filed October 1, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00144-CV

_____

## NICHOLAS RUIZ, Appellant

### V.

## STATE'S ATTORNEY GENERAL, Appellee

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. CC2-20,646**

## M E M O R A N D U M   O P I N I O N

Nicholas Ruiz perfected this appeal by filing a pro se notice of appeal on April 30, 2009, complaining of the October 30, 2008 order. The clerk of this court has written the parties advising them that neither an appealable order nor a timely notice of appeal has been entered. Ruiz was directed to respond within ten days showing grounds for continuing the appeal. There has been no response to our September 15, 2009 letter.

The appeal is dismissed for want of jurisdiction.


October 1, 2009                                                                   PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.